■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKEEM FRAZIER, Appellant. [10 NYS3d 867]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ruth Pickholz, J.), rendered on or about September 13, 2011,and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 10, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, J.P., Renwick, Feinman, Clark and Kapnick, JJ.